**Motion Denied; Order filed January 14, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00742-CV
_____

## IN THE INTEREST OF A.M.W. A/K/A A.W., K.R.W. A/K/A K.W., CHILDREN

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-03213J**

## ORDER

On January 8, 2021, this court ordered appointed counsel, Angela Ellis, to file a brief on or before January 12, 2021. On January 12, 2021, counsel filed a third motion to extend time to file her brief in this accelerated appeal. Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines. Her motion to extend time is denied.

Accordingly, we issue the following order.

We ORDER the judge of the 314th District Court to immediately conduct a hearing to determine:

(1) Whether appointment of new appellate counsel for appellant is necessary;

(2) Appointment of such counsel if necessary;

(3) see that a record of the hearing is made;

(4) make findings of fact and conclusions of law; and

(5) order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions.

The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court on or before **January 21, 2021**.

If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date. **If counsel files a brief before the date set for a hearing, the trial court need not hold a hearing.**

PER CURIAM

Panel Consists of Justices Wise, Hassan, and Wilson.